IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Benito Garcia, on behalf of himself and all other plaintiffs similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:17-cv-248 |
| Green Day Professional Landscaping, Inc, and Jose Jara | ) ) ) ) | |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Benito Garcia, and Green Day Professional Landscaping, Inc. and Jose Jara (hereafter "Defendants"), by and through their attorneys, hereby stipulate that the claims against Defendants have been settled and should be dismissed without prejudice, and should automatically convert to a dismissal with prejudice, and without costs, on July 30, 2019.

Dated: July 5, 2017                                       Respectfully Submitted,

/s/ John Kunze                                            /s/ Gemma B. Dixon
One of Plaintiff's Attorneys                              Attorney for Defendants

The Fish Law Firm, PC                                     Law Offices of Gemma B. Dixon
200 E. 5th Avenue, Suite 123                              180 N. LaSalle Street
Naperville, Illinois 60563                                Chicago, Illinois 60601